UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Byron David Smith, | Civ. No. 22-1205 (PAM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Brian Middendorf, Morrison County Attorney, and Michel Wetzel, Morrison County Sheriff (former); and their respective staffs, in their individual and professional capacities; | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated June 7, 2022. The R&R recommends dismissal of this matter without prejudice because Plaintiff fails to state a claim for relief.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Smith filed a brief (Docket No. 8), which the Court construes as an objection to the R&R. However, the brief fails to reference the R&R or state any specific objection to the R&R. Indeed, Smith presents no reason as to why the R&R's determination that his claims are barred by Heck v. Humphrey, 512 U.S. 477 (1994), was clearly erroneous, and thus his objections fail. Moreover, the R&R explained the deficiencies in Smith's pleading, and he has failed to cure the deficiencies to state a valid

claim. After conducting the required review, the Court **ADOPTS** the R&R. (Docket No. 7.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court **ADOPTS** the R&R (Docket No. 7);

2. The Complaint (Docket No. 1) is **DISMISSED without prejudice**;

3. Plaintiff's Motion to Appoint Counsel (Docket No. 2) is **DENIED as moot**; and

4. Plaintiff's Motion for Waiver of Service (Docket No. 3) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 18, 2022                               *s/Paul A. Magnuson*
                                                     Paul A. Magnuson
                                                     United States District Court Judge